UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRICK W. WALKER, )
)
       Plaintiffs, )
v. ) CASE NO. 6:14CV-~~124~~
)
STANLEY WILLIAMS and )
ERIC SMOKES, )
)
       Defendants. )

## ORDER

The Court has considered the Notice of Dismissal filed by the plaintiff in this case. (ECF no. 16) A review of the record shows that no answers have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. The Clerk is authorized and directed to close this case.

**SO ORDERED** this ___1___ day of ___April___, 2015.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia